Argued and submitted December 20, 1983, reversed and remanded for reconsideration January 11, 1984

## STATE OF OREGON,
*Respondent,*

*v.*

## HAROLD W. THOMPSON,
*Appellant.*

(30217; CA A29258)

674 P2d 92

Robert P. Van Natta, St. Helens, argued the cause for appellant. With him on the brief was Van Natta & Petersen, St. Helens.

Robert E. Barton, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

Before Gillette, Presiding Judge, and Van Hoomissen and Young, Judges.

PER CURIAM

## PER CURIAM

The trial court's order finding defendant to be in contempt is inadequate in that it does not identify the statutory basis upon which it is entered. Accordingly, we cannot determine if it was proper.

Reversed and remanded for further proceedings.[1]

---

[1] On remand, the trial court may wish to consider, *inter alia,* the impact such decisions as *SER Spencer v. Howe,* 281 Or 599, 576 P2d 4 (1978), have on the procedures that must be followed (and the punishment that can be imposed) with respect to conduct like that of defendant.